UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                          Case No:   6:23-cv-892-GAP-RMN

MAJOR UNIVERSAL LODGING,
LLC,

    Defendant

---

## ORDER

This cause comes before on the United States Magistrate Judge's Report and Recommendation (Doc. 11) recommending that the case be dismissed without prejudice for failure to comply with the Local Rules which was filed at 2:56 p.m. on August 23, 2023. At 4:24 p.m. on the same date Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 12). The Court will construe the Notice as a response to the Report and Recommendation. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The case is **DISMISSED** without prejudice for failure to prosecute as stated in the Report and Recommendation. Any pending motions are denied as moot and the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 24, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party